# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMERA LAUREEN BERRY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>Defendant. | Case No. 1:24-cv-1038 KES SKO<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>Docs. 13, 17, 19 |

Tamera Laureen Berry seeks judicial review of an administrative decision denying her application for a period of disability and disability insurance benefits under Title II of the Social Security Act.  Doc. 1; Doc. 13 at 2.

The magistrate judge found the administrative law judge ("ALJ") erred in evaluating the opinion of Plaintiff's treating therapist, by not addressing the therapist's findings that Plaintiff had marked impairments in numerous different functional areas.  Doc. 19 at 6-8.  The magistrate judge found that the error was not harmless and that substantial evidence did not support the

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this suit.

1

residual functional capacity identified by the ALJ.  *Id.* at 8.  The magistrate judge recommended the Court grant Plaintiff's motion for summary judgment and remand the matter for further proceedings, for an ALJ to reconsider the therapist's opinion "and either incorporate the limitations in the opinion into the RFC or give reasons supported by substantial evidence to reject them."  *Id.* at 9.

On May 28, 2026, the Court served the findings and recommendations on the parties and informed them that any objections were due within 14 days.  Doc. 19 at 9.  The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal."  *Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).  Neither party filed objections, and the time to do so has passed.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court ORDERS:

1. The Findings and Recommendations dated May 28, 2026 (Doc. 19) are ADOPTED in full.

2. Plaintiff's motion for summary judgment (Doc. 13) is GRANTED.

3. Defendant's cross-motion to affirm the administrative decision (Doc. 17) is DENIED.

4. The matter is REMANDED for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Court's findings.

5. The Clerk of Court is directed to terminate pending motions, enter judgment in favor of Plaintiff Tamera Laureen Berry and against Defendant Frank Bisignano, Commissioner of Social Security, and close this case.

IT IS SO ORDERED.

Dated:    June 16, 2026

_____
UNITED STATES DISTRICT JUDGE

2